UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In Re:

                                             Chapter 11

THE MUSE BROOKLYN, INC.,               Case No.  22-42314 (NHL)

                                      Debtor.
---------------------------------------------------------------X

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** that the undersigned hereby appears for Moffat Holding LLC, a creditor and party in interest herein, and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, hereby demands that all notices given or required to be given in this case be given to and served upon the undersigned by ECF and at following address, which is requested to be added to the mailing matrix of this case:

           **Kucker Marino Winiarsky & Bittens, LLP**
           **747 Third Avenue**
           **New York, New York 10017**
           **Attn: Joel Shafferman, Esq.**
           **Telephone: (212) 869-5030**
           **Mobile:     (917) 847-8050**
           **Email: jshafferman@kuckermarino.com**

**PLEASE TAKE FURTHER NOTICE,** that this demand shall be broadly construed to include, by way of example and not by way of limitation, all notices and papers, including, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, fax, e-mail or otherwise, which affects, or purports to affect, the estate of the above named Debtor or the property of the estate of the above named Debtor.

DATED:   New York, New York
           September 24, 2022

                                    Kucker Marino Winiarsky & Bittens, LLP
                                    Attorneys for Moffat Holding LLC

                                    By: /S/ Joel M. Shafferman_____
                                       Joel M. Shafferman, Of Counsel
                                       747 Third Avenue
                                       New York, New York 10017
                                       Telephone: (212) 869-5030
                                       Mobile:     (917) 847-8050
                                       Email: jshafferman@kuckermarino.com