# RESOLUTION OF THE BOARD OF DIRECTORS
# OF THE MUSE BROOKLYN, INC.

**WHEREAS**, it is in the best interests of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Bankruptcy Code.

**BE IT THEREFORE RESOLVED**, that Angela E. Butch, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 Voluntary bankruptcy case on behalf of the corporation;

**BE IT FURTHER RESOLVED**, that Angela E. Butch, President of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

**BE IT FURTHER RESOLVED,** that Angela E. Butch, President of this Corporation, is authorized and directed to employ Ronald D. Weiss, attorney and the law firm of Ronald D. Weiss, P.C. to represent the corporation in such bankruptcy case.

Date: 09/21/2022      Signed: _*Angela Butch*_
                                                    Angela E. Butch, President