United States Bankruptcy Court
Eastern District of New York

In re:     Case No. 22-42314-nhl
The Muse Brooklyn, Inc     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1     User: admin     Page 1 of 2
Date Rcvd: Jan 06, 2023     Form ID: pdf000     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | The Muse Brooklyn, Inc, 350 Moffat Street, Brooklyn, NY 11237-6409 |
| cr | + | Moffat Holding LLC, c/o Kucker Marino Winiarsky & Bittens, Attn: Joel Shafferman, 747 Third Avenue, 747 Third Avenue New York, NY 10017-2874 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gerard R Luckman | on behalf of Trustee Gerard R Luckman Esq. GLuckman@Forchellilaw.com, GLuckman@Forchellilaw.com;Bhufnagel@forchellilaw.com |
| Gerard R Luckman, Esq. | gluckman@forchellilaw.com |
| Joel M Shafferman | on behalf of Creditor Moffat Holding LLC shaffermanjoel@gmail.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 06, 2023 | Form ID: pdf000 | Total Noticed: 2 |

Ronald D Weiss
    on behalf of Creditor Moffat Holding LLC weiss@ny-bankruptcy.com
    R54991@notify.bestcase.com;michaelf@ny-bankruptcy.com;misty@ny-bankruptcy.com;sp@ny-bankruptcy.com;mdaniels@ny-bankruptcy.com;sarah@ny-bankruptcy.com

Ronald D Weiss
    on behalf of Debtor The Muse Brooklyn Inc weiss@ny-bankruptcy.com,
    R54991@notify.bestcase.com;michaelf@ny-bankruptcy.com;misty@ny-bankruptcy.com;sp@ny-bankruptcy.com;mdaniels@ny-bankruptcy.com;sarah@ny-bankruptcy.com

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re:                                                                          Chapter 11

**THE MUSE BROOKLYN, INC.,**                            Case No. 1-22-42314-NHL

 

**Debtor.**
------------------------------------------------------------X

### ORDER APPROVING SETTLEMENT AGREEMENT AMONG THE DEBTOR AND MOFFAT HOLDING, LLC PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY

Upon the Application of the Debtor, The Muse Brooklyn, Inc., by its attorneys, The Law Office of Ronald D. Weiss, P.C., in support of the entry of an Order: (i) approving a Stipulation between the Debtor and Moffat Holding LLC (the "Stipulation") pursuant to Bankruptcy Rules 2002(a)(3) and 9019 and (ii) granting such other relief as to this Court is just and proper; and a hearing having been duly held on the Zoom platform before the Honorable Nancy H. Lord, United States Bankruptcy Judge, on December 27, 2022 to consider the Debtor's Application; and the Debtor, by its Counsel, The Law Office of Ronald D. Weiss, P.C., by Michael Farina, Esq., having appeared; and The Office of The United States Trustee, by Nazar Khodorovsky, Esq., having appeared; and Gerard Luckman, Esq. the Subchapter V Trustee having appeared; and notice of the Debtor's Application being deemed good and sufficient; and the Court having determined that approval of the Stipulation meets the criteria set forth in Fed. R. Bankr. P. 9019 and applicable case law; and it further appearing that the settlement embodied in the Agreement is fair and equitable and in the best interest of the Debtor and its estate and creditors, it is hereby

**ORDERED**, that the Stipulation between the Debtor and Moffat Holding LLC annexed to the Debtor's Application and to this Order as **Exhibit "A"** be and it hereby is approved in all respects pursuant to Bankruptcy Rules 2002(a)(3) and 9019; and it is further

**ORDERED**, that the Debtor is hereby authorized to execute any and all documents necessary to effectuate the Stipulation and Order between the Debtor and Moffat Holding LLC.

Dated: January 6, 2023
Brooklyn, New York



_____
Nancy Hershey Lord
United States Bankruptcy Judge